# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1393
Lower Tribunal No. F21-10388
_____


**Armando Lazaro Cordovi,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.


Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Thach v. State, 342 So. 3d 620, 625 (Fla. 2022) (affirming denial of motion for continuance after mid-trial amendment to information "using the prejudice standard and engaging in a fact-specific individualized inquiry"); Lopez v. State, 888 So. 2d 693, 699 (Fla. 1st DCA 2004), aff'd, 974 So. 2d 340 (Fla. 2008) ("Many courts have concluded that a hearsay statement made in a 911 call is not testimonial, because the statement is not made in response to police questioning, and because the purpose of the call is to obtain assistance, not to make a record against someone."); Thompson v. State, 247 So. 3d 706, 710 (Fla. 3d DCA 2018) (holding 911 calls can be admitted "as either a spontaneous statement pursuant to section 90.803(1) . . . or an excited utterance pursuant to section 90.803(2), [Florida Statutes (2022)]").